# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

## JUDGMENT IN A CIVIL CASE

**JONATHAN SLOAN,**

                      Petitioner,

                                            CASE NO. 13-CR-40025-JAR-3

v.                                         CIVIL NO. 20-CV-04007-JAR

**UNITED STATES OF AMERICA,**

                      Respondent.

( )    **JURY VERDICT.**   This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

(x)    **DECISION BY THE COURT.**   This action came before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order Dismissing Jonathan Sloan's Motion for Relief Under 28 U.S.C. § 2255 (Doc. 259), Petitioner's Motion for Relief Under 28 U.S.C. § 2255 (Doc. 230) is hereby **dismissed**. Petitioner is denied a Certificate of Appealability.

    **IT IS SO ORDERED**

    Dated:    August 16, 2021

                                              **TIMOTHY M. O'BRIEN, CLERK**

                                                s/Bonnie Wiest
                                              **Deputy Clerk**